UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80830-AMC

HOWARD COHAN,

    Plaintiff,

vs.

MOON THAI WELLINGTON, INC.
a Florida Profit Corporation
d/b/a MOON THAI & JAPANESE

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, MOON THAI WELLINGTON, INC., a Florida Profit Corporation, d/b/a MOON THAI & JAPANESE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED July 28, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Marvin S. Schulman, Esq.** |
| Gregory S. Sconzo, Esq. | Marvin S. Schulman, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No.: 312274 |
| Sconzo Law Office, P.A. | Marvin S. Schulman, P.A. |
| 3825 PGA Boulevard, Suite 207 | 2883 Executive Park Drive |
| Palm Beach Gardens, FL 33410 | Suite 200 |
| Telephone: (561) 729-0940 | Weston, Florida 33331 |
| Facsimile: (561) 491-9459 | Tele: 954-349-3300 |
| Email: greg@sconzolawoffice.com | Fax: 954-659-3045 |
| Email: alexa@sconzolawoffice.com | Email: mss@schulaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                     __/s/ Gregory S. Sconzo__
                     **Gregory S. Sconzo, Esq.**